JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AMBER KOUGH, an Individual,

Plaintiff,

v.

UNITED PARCEL SERVICE, INC., an Ohio Corporation; MICHAEL DEL SANTO; and DOES 1 through 10, Inclusive,

Defendants.

Case No. ED CV 25-2642-DMG (BFMx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [16]**

On November 19, 2026, the parties filed a Joint Stipulation for Dismissal with Prejudice. [Doc. # 16.] Good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED with prejudice**, in its entirety and as to all current and former defendants, pursuant to Federal Rule of Civil Procedure 41(a).

To the extent there is no proof of service on Defendant Michael Del Santo and he has never appeared in this action, the claims against him are also dismissed under Federal Rule of Civil Procedure 4(m).

The parties shall bear their own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement in this action.

**IT IS SO ORDERED.**

DATED: November 23, 2026

DOLLY M. GEE
Chief United States District Judge